IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NABOR MENDOZA,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1444

Opinion filed June 23, 2016.

An appeal from an order of the Circuit Court for Duval County.
Linda F. McCallum, Judge.

Nabor Mendoza, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

RAY, MAKAR, and OSTERHAUS, JJ., CONCUR.